IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Norman Thomas Brady, | ) | C/A No. 3:16-158-MBS-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **REPORT AND RECOMMENDATION** |
| | ) | |
| The United States of America; USA Employees John Doe and Jane Doe; Three River Behavioral Health, LLC; Dr. Aziz Mohiuddin, M.D., both Individually and as an Employee of Three Rivers Behavioral Health, LLC, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

     Plaintiff Norman Thomas Brady filed this action alleging violations of his constitutional rights by the defendants. This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.) for a Report and Recommendation on Brady's motion to voluntarily dismiss his claims against all defendants pursuant to Federal Rule of Civil Procedure 41(a)(2). (ECF No. 16.) Having reviewed this motion and observing that no defendant has filed any opposition, the court finds that this motion should be granted. See Fed. R. Civ. P. 41(a)(2).

     Therefore, the court recommends that Brady's motion for a voluntarily dismissal of this action without prejudice as to all defendants (ECF No. 16) be granted. In light of this recommendation, the court further recommends that Defendant Three River Behavioral Health, LLC's motion to dismiss for failure to state a claim (ECF No. 9) be terminated as moot.

July 1, 2016  
Columbia, South Carolina

                                                        Paige J. Gossett  
                                                        UNITED STATES MAGISTRATE JUDGE

*The parties' attention is directed to the important notice on the next page.*

**Notice of Right to File Objections to Report and Recommendation**

The parties are advised that they may file specific written objections to this Report and Recommendation with the District Judge. Objections must specifically identify the portions of the Report and Recommendation to which objections are made and the basis for such objections. "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" Diamond v. Colonial Life & Acc. Ins. Co., 416 F.3d 310 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

Specific written objections must be filed within fourteen (14) days of the date of service of this Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); see Fed. R. Civ. P. 6(a), (d). Filing by mail pursuant to Federal Rule of Civil Procedure 5 may be accomplished by mailing objections to:

> Robin L. Blume, Clerk
> United States District Court
> 901 Richland Street
> Columbia, South Carolina 29201

**Failure to timely file specific written objections to this Report and Recommendation will result in waiver of the right to appeal from a judgment of the District Court based upon such Recommendation.** 28 U.S.C. § 636(b)(1); Thomas v. Arn, 474 U.S. 140 (1985); Wright v. Collins, 766 F.2d 841 (4th Cir. 1985); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984).